**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MASSACHUSETTS (SPRINGFIELD)**

IN RE:

Josefina Soto

---

PennyMac Loan Services, LLC,

VS.

Josefina Soto

CHAPTER 7
CASE NO. 17-30429-EDK

## MOTION FOR RELIEF FROM STAY

To the Honorable Elizabeth D. Katz:

PennyMac Loan Services, LLC, your moving party in the within Motion, respectfully represents:

1. The movant has a mailing address of 6101 Condor Drive, Suite 200, Moorpark, CA 93021.

2. The debtor, Josefina Soto, has a mailing address of 38 Whitman St., Chicopee, MA 01013.

3. On May 30, 2017, the debtor filed a petition under Chapter 7 of the United States Bankruptcy Code in the United States Bankruptcy Court for the District of Massachusetts.

4. The movant is the holder of a first mortgage on real estate in the original amount of $132,554.00 given by Josefina Soto to Mortgage Electronic Registration Systems, Inc. as nominee for Sage Bank on or about June 27, 2014. Said mortgage is recorded with the Hampden County Registry of Deeds at Book 20328, Page 525 and covers the premises located at <u>38 Whitman Street, Chicopee, MA 01013</u>.

5. Said mortgage secures a note given by Josefina Soto to Sage Bank in the original amount of $132,554.00.

6. Said mortgage was assigned by Mortgage Electronic Registration Systems, Inc. acting solely as a nominee for Sage Bank to Pennymac Loan Servicng, LLC. Said assignment is recorded with the Hampden County Registry of Deeds at Book 21025, Page 188. A copy of the mortgage, note and assignment are annexed hereto and marked as Exhibit A.

7. There is a Declaration of Homestead recorded with the Hampshire County Registry of Deeds at Book 20328, Page 535.

8. There is no other collateral securing the obligation.

9. As of July 7, 2017, approximately $155,914.02 in principal, interest, late fees and other charges was due with regard to PennyMac Loan Services, LLC's note and mortgage. As a result of this motion, attorney's fees and costs of approximately $931.00 have accrued. This figure may increase as additional attorney's fees and costs accrue.

10. There are no other known encumbrances on the property.

11. According to the debtors' schedules, the fair market value of the subject property is $166,500.00. The liquidation value of the subject property is $155,250.76, calculated as the fair market value less a reasonable realtor's fee (6%); deed stamps ($ 759.24) and anticipated costs incurred for a real estate closing of $500.00.

12. The note and mortgage are in default for the September 1, 2015 payment, and all payments thereafter plus reasonable attorney's fees and costs and other charges incurred by the movant.

13. According to the debtor's Statement of Intention, the subject property is being surrendered.

14. The movant seeks relief from stay as a secured creditor to enforce its rights under its loan documents and applicable law. In support thereof, the movant states that it is entitled to relief:

    I.    Pursuant to 11 U.S.C. §362 (d)(1) for cause on the basis that the debtor is in default on said contractual obligations, the primary purpose of a Chapter 7 proceeding is to

liquidate the assets of the debtor, there is no equity and the trustee has no motivation to liquidate the subject property;

   II.  Pursuant to 11 U.S.C. §362 (d)(2) on the basis that there is no equity in the subject property and, there being no reorganization in prospect, the property is not necessary for effective reorganization.

WHEREFORE, the movant prays that it, and its successors and/or assigns, be granted relief from the automatic stay for the purpose of: (i) exercising its rights under its agreements with the debtors and under applicable law, including, without limitation, taking possession of the mortgaged premises and/or foreclosing or accepting a deed in lieu of foreclosure of its mortgage on said premises; (ii) preserving its right to seek any deficiency to the extent permitted by state and federal law, including 11 U.S.C. §524(a); (iii) bringing such actions, including, without limitation, summary process proceedings, as are permissible by law; and (iv) that the Court order such other and further relief as may be just and proper.

          Respectfully submitted,

          PennyMac Loan Services, LLC,
          By its attorney,

          /s/ Jason J. Giguere
          Jason J. Giguere, Esquire
          BBO#667662
          Harmon Law Offices, P.C.
          P.O. Box 610389
          Newton, MA 02461-0345
          (617) 558-0500

Dated: July 24, 2017

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MASSACHUSETTS (SPRINGFIELD)**

| | |
|---|---|
| IN RE:<br><br>Josefina Soto | CHAPTER 7<br>CASE NO. 17-30429-EDK |

**CERTIFICATE OF SERVICE**

      I, Jason J. Giguere, Esquire, state that on July 24, 2017, I electronically filed the foregoing document with the United States Bankruptcy Court for the District of Massachusetts using the CM/ECF System. I served the foregoing document on behalf of PennyMac Loan Services, LLC on the following CM/ECF participants:

Richard King, Esquire, Assistant U.S. Trustee
Steven Weiss, Esquire, Chapter 7 Trustee
Carrie Naatz, Esquire for the Debtor


I certify that I have mailed by first class mail, postage prepaid the documents electronically filed with the Court on the following non CM/ECF participants:

                                                  /s/ Jason J. Giguere
                                                  Jason J. Giguere, Esquire
                                                  BBO#667662

Josefina Soto
38 Whitman St.
Chicopee, MA 01013

Town of Chicopee Tax Collector
City Hall, Market Square
Chicopee, MA 01013

JJG//17-30429-EDK/Soto, Josefina

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MASSACHUSETTS (SPRINGFIELD)**

| | |
|---|---|
| In re:<br><br>Josefina Soto,<br>      Debtor | CHAPTER 7<br>CASE NO. 17-30429-EDK |

**Order Granting PennyMac Loan Services, LLC Relief**
**From The Automatic Stay And Leave To Foreclose Mortgage**

  This matter has come before the Court, and after full consideration, and no objections having been filed after proper notice, it is hereby ordered that PennyMac Loan Services, LLC, its Successors and/or Assigns, Motion for Relief From the Automatic Stay is hereby granted and it may proceed to foreclose or accept a deed in lieu of foreclosure of the mortgage given by Josefina Soto to Mortgage Electronic Registration Systems, Inc. as nominee for Sage Bank, dated June 27, 2014 and recorded with the Hampden County Registry of Deeds at Book 20328, Page 525 and which covers the premises located at <u>38 Whitman St., Chicopee, MA 01013</u>, and may exercise its rights under said Mortgage, including preserving its right to seek any deficiency to the extent permitted by state and federal law, including 11 U.S.C. §524(a), and may bring such actions, including, without limitation, summary process proceedings, as are permissible by law, all as set forth in its Motion.

                     Honorable Elizabeth D. Katz
                     United States Bankruptcy Judge

201604-0469